AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
| v. | ) |
| Derrick Eugune Walker II | ) Case No. 3:20-mj-85 |
| A/K/A Country | ) |
| A/K/A Kunt | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Derrick Eugune Walker II  A/K/A Country A/K/A Kunt                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), 924(a)(2) – Possession of Firearms by a Convicted Felon
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Controlled Substances

Date:   02/03/2020  4

_____
Issuing officer's signature

City and state:   Fargo, ND

Alice R. Senechal, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/4/2020, and the person was arrested on *(date)* 2/5/2020
at *(city and state)* Devils Lake, ND.

Date: 2/5/2020

_____
Arresting officer's signature

Jarrod Bichler / Special Agent
*Printed name and title*